00471021.060                                                  Richard J. Rinear (0027114)
                                                              W. John Sellins (0018747)
                                                              Attorneys for Capitol Ind. Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| CAPITOL INDEMNITY CORPORATION | : | Case No.: 2:10-CV-432 |
| --- | --- | --- |
| Plaintiff, | : | Judge Marbley |
|  |  | Magistrate: Mark R. Abel |
| -vs- | : |  |
| SPLASH DOGS, LLC | : | **AGREED ORDER OF DISMISSAL** |
| RANDY WOODS | : |  |
| Defendants. | : |  |

By agreement of the Parties, and the issues of the Plaintiff's Complaint and the Defendants' Counterclaim having been fully compromised and settled by and between the parties, it is hereby ORDERED AND DECREED that all matters herein are DISMISSED, WITH PREJUDICE.

Each party is to bear its own costs.

_____
Judge Marbley

DAVID A. GOLDSTEIN CO., L.P.A.                    DRODER & MILLER CO., L.P.A.

____s/ David S. Goldstein____                     ____s/ Richard J. Rinear____
By David A. Goldstein                             By Richard J. Rinear
Attorney for Defendant, Splash Dogs, LLC          Attorney for Plaintiff, Capitol Indemnity
326 S. High St., Suite 500                        125 W. Central Parkway
Columbus, Ohio 43215                              Cincinnati, Ohio 45202-1006


____s/ Randy Woods____
Randy Woods, Defendant, pro se
1102 East U.S. Highway 40
Cloverdale, IN 46120

–1–